ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 13 2006
CLERK, U.S. DISTRICT COURT
By _____
　　　Deputy

SECURITIES AND EXCHANGE COMMISSION,

　　　　　　　　*Plaintiff*,

v.

GREGORY A. BRADY, WILLIAM M. BEECHER
and REAGAN L. LANCASTER

　　　　　　　　*Defendants*.

Civil Action
No. 3:05cv01416-D

### UNOPPOSED MOTION OF i2 TECHNOLOGIES, INC.
### TO INTERVENE FOR PURPOSE OF SEEKING A PROTECTIVE ORDER

i2 Technologies, Inc. ("i2" or the "Company"), by counsel and pursuant to FED. R. CIV. P. 24, hereby moves to intervene in the above-captioned action for the limited purpose of seeking a protective order pursuant to FED. R. CIV. P. 26(c)(7) to require the parties to preserve the confidentiality of information and not to reveal, or reveal only in a designated way, documents and/or information requested from or otherwise made available by i2 Technologies, Inc. ("i2" or the "Company") or the Audit Committee of i2 to the Securities and Exchange Commission ("SEC" or the "Commission"), and in support thereof show the following:

　　1.　　i2 seeks to intervene for the limited purpose of having its motion for a protective order heard. i2 seeks to protect its legitimate interest in maintaining the confidentiality of competitively sensitive and proprietary business information, as well as Audit Committee investigative materials.

2. Certain of the documents at issue were produced by i2 to the Commission subject to a confidentiality agreement dated May 28, 2003.

3. The parties seek to make use of i2's documents in the present action.

4. The Commission is opposed to the entry of a protective order.

5. The Motion to Intervene is unopposed.

6. An agreed proposed order granting the Motion to Intervene is attached.

WHEREFORE, i2 respectfully requests that the Court grant this unopposed Motion to Intervene for the limited purpose of having its motion for a protective order heard.

Dated: January 13, 2006

Respectfully Submitted,

*Joel Geary*
Joel E. Geary
State Bar No. 24002129
BROWN MCCARROLL, L.L.P.
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 214-999-6119
Facsimile: 214-999-6170

Counsel for i2 Technologies, Inc.

Of Counsel:

Catherine Botticelli
Dennis Lawson
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
Telephone: 202-261-3300
Facsimile:  202-261-3333

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Grant Stock, counsel for i2 Technologies, Inc. conferred with counsel for Plaintiff and counsel for Defendants regarding the merits of this Motion. Plaintiff and the Defendants are unopposed to the Motion.

_____
Grant B. Stock

## CERTIFICATE OF SERVICE

I certify that on January 13, 2006, true and correct copies of the Unopposed Motion to Intervene and Proposed Agreed Order were served on the following counsel via Federal Express:

Michael P. Gibson
BURLESON, PATE & GIBSON
2414 North Akard, Suite 700
Dallas, Texas 75201
Tel: (214) 871-4900
Fax: (214) 871-7543

Edward S. Koppman
AKIN GUMP STRAUSS HAUER & FELD
1700 Pacific Ave., Suite 4100
Dallas, Texas 75201
Tel: (214) 969-2846
Fax: (214) 969-4343

Mark S. Werbner
SAYLES/WERBNER, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas
Tel: (214) 939-9700
Fax: (214) 939-8787

Toby M. Galloway
SECURITIES AND EXCHANGE COMMISSION
801 Cherry St., 19th Floor
Forth Worth, Texas 76102
Tel: (817) 978-6447
Fax: (817) 978-4927

_____
Joel E. Geary