IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:05-CV-1416-D |
| GREGORY A. BRADY, et al., | § § § | |
| Defendants. | § | |

### ORDER

Pursuant to the District Court's *Order Referring Motion*, signed June 28, 2006, *Defendant Gregory A. Brady's Motion to Compel Plaintiff to Produce Information Concerning Witness Interview Statements*, filed June 28, 2006, has been referred to this Court for hearing, if necessary, and for determination. Also, pursuant to the District Court's *Order Referring Motion*, signed July 11, 2006, *Defendant Beecher's Motion in Support of Defendant Brady's Motion to Compel Production of Witness Interview Statements*, filed July 10, 2006, has been referred to this Court for hearing, if necessary, and for determination.

Before the Court is Defendant Gregory Brady's *Notice of Withdrawal of Defendant Gregory Brady's Motion to Compel Plaintiff to Produce Information Concerning Witness Interview Statements*, filed July 19, 2006. Accordingly, *Defendant Gregory A. Brady's Motion to Compel Plaintiff to Produce Information Concerning Witness Interview Statements* is hereby **DEEMED WITHDRAWN,** and *Defendant Beecher's Motion in Support of Defendant Brady's Motion to Compel Production of Witness Interview Statements* is therefore **DENIED AS MOOT**. In addition, the hearing scheduled on these motions for Wednesday, August 9, 2006, at 9:00 a.m. is hereby

1

cancelled.

      **SO ORDERED** on this 19th day of July, 2006.

                                    IRMA CARRILLO RAMIREZ
                                    UNITED STATES MAGISTRATE JUDGE