# MEMORANDUM

United States District Court
Northern District of Texas
Office of the Clerk

TO: Docket Clerk

FROM: Financial

SUBJECT: MONEY DEPOSITED IN REGISTRY OF COURT

Attached is a receipt for the following transaction:

____ Supersedeas Bond

____ Temporary Restraining Order

____ Interpleader Funds

____ Preliminary Injunction

____ Judgement/Order

____ Cost Bond

____ Sanction

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED
    FEB 2 8 2007
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

Please make an entry in ICMS in case 305CV1416 that reflects 1) the date the bond was posted; 2) the amount paid; and 3) the receipt number 05009111 all of which you will find on the attached receipt.

Please contact me if you have any questions.

_D Burt_
Deputy Clerk, Financial

```
DUPLICATE

Court Name: Texas Northern District Cour
t
Division: 3
Receipt Number: DS009111
Cashier ID: dburton
Transaction Date: 02/28/2007
Payer Name: SECURITIES AND EXCHANGE
----------------------------------------
604700 -- TREASURY REGISTRY
 For: SECURITIES AND EXCHANGE
 Case/Party: D-TXN-3-05-CV-001416-001
 Amount:         $2,500,000.00
604700 -- TREASURY REGISTRY
 For: SECURITIES AND EXCHANGE
 Case/Party: D-TXN-3-05-CV-001416-001
 Amount:         $5,800,344.00
----------------------------------------
CHECK
 Check/Money Order Num: 315239938
 Amt Tendered:  $2,500,000.00
CHECK
 Check/Money Order Num: 2832
 Amt Tendered:  $5,800,344.00
----------------------------------------
Total Due:      $8,300,344.00
Total Tendered: $8,300,344.00
Change Amt:     $0.00
```