IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | Civil Action No. 3:05-CV-1416-D |
| VS. § § | |
| GREGORY A. BRADY, § § | |
| Defendant. § | |

### ORDER

Plaintiff Securities and Exchange Commission ("SEC") has filed an unopposed motion to disburse funds to pay tax obligations and to distribute remaining funds, supported by Declarations of Jude P. Damasco (the "Declarations"), the managing partner of the Tax Administrator appointed in this case. The court grants plaintiff's motion. It therefore is ordered as follows.

1. Upon entry of this order and as promptly as business of the clerk's office will allow, the clerk of the court shall issue a check on CRIS account number 3:05-CV-1416-D, under the case name designation "*SEC v. Brady, et al.*," for the amount of $227,500, payable to "Damasco & Associates, Trust Account," for the payment of tax obligations, as provided in the Declarations. The check shall bear the notation *SEC v. Brady, et al.*, Civil Action No. 3:05-CV-1416-D, Employer Identification Number 20-8624627, and "2006 and 2007 tax amounts."

2. The Tax Administrator is instructed that, if any funds remain after paying all necessary tax obligations, he shall pay the remaining funds to the "SEC v. i2 Technologies Inc. Settlement Fund," Employer Identification Number 20-4387824, maintained by Gilardi & Co. LLC, c/o Bruce H. Cozzi, Fund Controller, 3301 Kerner Blvd., San Rafael, CA 94901.

3. Upon entry of this order and as promptly as business of the clerk's office will allow, the clerk shall issue a second check on CRIS account number 3:05-CV-1416-D, under the case name designation "*SEC v. Brady, et al.,*" for the amount of $8,350, payable to "Damasco & Associates" for fees and expenses of preparation and filing of the tax years 2006 and 2007 tax returns and tax compliance services. The check shall bear the notation *SEC v. Brady, et al.*, Civil Action No. 3:05-CV-1416-D, Employer Identification Number 20-8624627, and "Tax administrator fees and expenses and Invoice # 16621."

4. The clerk shall send the checks described in paragraphs 1 and 3 by overnight mail to:

>    Jude P. Damasco
>    Damasco & Associates
>    700 Monte Vista Lane
>    Half Moon Bay, CA 94019
>    Phone: 650-726-4100

The Commission's counsel shall provide the court registry with the necessary overnight shipping information and the SEC's billing number.

5. After paying the amounts described in paragraphs 1 and 3 above, the clerk shall issue, as promptly as the business of the clerk's office will allow, a third check, equal to the remaining balance in CRIS account number 3:05-CV-1416-D, under the case name designation "*SEC v. Brady, et al.*"  This check shall be made payable to "SEC v. i2 Technologies Inc. Settlement Fund."  The check shall bear the notation *SEC v. Brady, et al.*, Civil Action No. 3:05-CV-1416-D, Employer Identification Number 20-4387824, and "Final Disbursement."  The clerk shall send this check by overnight mail to:

> Bruce H. Cozzi
> Fund Controller
> Gilardi & Co. LLC
> 3301 Kerner Boulevard
> San Rafael, CA 94901

The Commission's counsel shall provide the court registry with the necessary overnight shipping information and the SEC's billing number.  Upon transmitting this check, the clerk shall notify plaintiff's counsel of the date and amount of the transfer.

**SO ORDERED.**

August 29, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

- 3 -